UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

YOSEF LOWENBEIN                                    11 CV 3133 (KAM)


                        Plaintiff,
                                              **STIPULATION OF**
                                              **DISCONTINUANCE**
                  -against-

M&M RECOVERY SERVICES, LLC

                        Defendant.
-------------------------------------------------------------

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel on behalf of their respective clients (defendant not having appeared), that

pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed without

prejudice and without costs to either party.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.